United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ODIN NORDHEIM,<br>Plaintiff,<br>v.<br>LYFT, INC.,<br>Defendant. | Case No. 26-cv-08806-HSG<br>**ORDER DIRECTING PLAINTIFF TO SERVE DEFENDANT**<br>Re: Dkt. No. 8 |

Plaintiff Odin Nordehim filed this case on August 24, 2026. *See* Dkt. No. 1. At least as of the date of this order, Defendant Lyft, Inc. has not appeared. A plaintiff must serve each defendant with a summons and complaint within ninety days of filing the complaint. *See* Fed. R. Civ. P. 4(m). To do so, Plaintiff must (1) obtain a summons from the Clerk's Office; and (2) properly serve Defendant.

Here, no summons has been issued and there is nothing on the docket to indicate that Defendant has been properly served as required by Federal Rule of Civil Procedure 4. Plaintiff's administrative motion confirms that "no summons has been issued or returned, and Defendant Lyft, Inc. has not appeared on the docket." *See* Dkt. No. 8 at 2. Accordingly, Plaintiff is **DIRECTED** to obtain a summons, complete proper service on Defendant, and file the proof of service on the docket by December 4, 2026. Plaintiff may obtain a form titled "Summons in a Civil Action" from the Clerk's Office or at the Court's website, http://www.cand.uscourts.gov/forms/civil-forms/. The Clerk must sign, seal, and "issue" the summons to Plaintiff before it can be served on Defendant. If Plaintiff fails to complete service by December 4, the case may be dismissed without prejudice under Rule 4(m).

The Court further **VACATES** the case management conference currently scheduled for

December 1, 2026. The Court will reset the case management conference as needed once Defendant has been served and appears in this case. This **TERMINATES AS MOOT** Plaintiff's administrative motion to appear in-person at the case management conference. Dkt. No. 8.

**IT IS SO ORDERED.**

Dated: September 18, 2026

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California